

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3ʳᵈ floor*
*New York. NY 10007*

January 29, 2021

BY ECF

Honorable John G. Koeltl
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

Re:  Dinorah Espinal v. Comm'r of Soc. Sec.
20 Civ. 8420 (JGK)

Dear Judge Koeltl:

Pursuant to the schedule in the above-referenced Social Security case, the administrative record is due on February 2, 2021.  We write respectfully to request, with the consent of plaintiff's counsel, that the time to file the record be extended for 60 days, until April 5, 2021. The reason for this request is the Social Security Administration needs more time to prepare the record due to telecommuting and other workplace changes in response to the pandemic.  No prior adjournment has been requested in this matter.  We appreciate the Court's consideration of this request.

Respectfully,

AUDREY STRAUSS
United States Attorney

Application granted.
SO ORDERED.
                         /s/ John G. Koeltl
New York, New York        John G. Koeltl
February 1, 2021          U.S.D.J

By:        s/  Susan D. Baird
SUSAN D. BAIRD
Assistant United States Attorney
tel. (212) 637-2713
Susan.Baird@usdoj.gov

cc:  Howard D. Olinsky, Esq.