

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, NY 10007*

```
DATE FILED: _____
DOC #: _4-5-2021_
ELECTRONICALLY FILED
DOCUMENT
USDS SDNY
BY ECF
```

April 5, 2021

Honorable John G. Koeltl
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
4/5/21

Re: Dinorah Espinal v. Comm'r of Soc. Sec.
20 Civ. 8420 (JGK)

Dear Judge Koeltl:

Pursuant to the schedule in the above-referenced Social Security case, the administrative record is due on April 6, 2021. We write respectfully to request, with the consent of plaintiff's counsel, that the time to file the record be extended for 60 days, until June 7, 2021. The reason for this request is that as a result of the pandemic, the Social Security Administration has had to redesign its business process to produce records remotely, and is also faced with the challenge of a significant increase in the number of new cases filed. One prior adjournment has been granted in this case. We appreciate the Court's consideration of this request.

Respectfully,

AUDREY STRAUSS
United States Attorney

By: _s/ Susan D. Baird_
SUSAN D. BAIRD
Assistant United States Attorney
tel. (212) 637-2713
Susan.Baird@usdoj.gov

cc: Howard D. Olinsky, Esq.