

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street, 3rd floor
New York, NY 10007

December 2, 2021

BY ECF

Honorable Sarah L. Cave
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

> The Commissioner's requested extension (ECF No. 21) is GRANTED. The Commissioner shall file its motion for judgment on the pleadings by **January 24, 2022**. Plaintiff shall file her reply, if any, by **February 14, 2022**.
>
> The Clerk of Court is respectfully directed to close ECF No. 21.
>
> SO ORDERED
> 12/3/2021
> SARAH L. CAVE
> United States Magistrate Judge

Re: Dinorah Espinal v. Comm'r of Soc. Sec.
   20 Civ. 8420 (JGK) (SLC)

Dear Judge Cave:

     Pursuant to the schedule in the above-referenced Social Security case, the government's brief is due December 6, 2021. We write respectfully to request, with the consent of plaintiff's counsel, that the time to file the brief be extended to January 24, 2022, with plaintiff's reply, if any, due February 14, 2022. The reason for this request is the extraordinary number of briefs due on the calendar of the undersigned, including 21 briefs due between December 6, 2021, and January 24, 2022. The government has not previously requested an adjournment of the briefing schedule; however, two extensions of time to file the record were granted. We appreciate the Court's consideration of this request.

                    Respectfully,

                    DAMIAN WILLIAMS
                    United States Attorney

      By:       s/ *Susan D. Baird*
             SUSAN D. BAIRD
             Assistant United States Attorney
             tel. (212) 637-2713
             Susan.Baird@usdoj.gov

cc: Howard D. Olinsky, Esq.