UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DINORAH M. LOPEZ ESPINAL,

        Plaintiff,

- against -

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

---

20-cv-8420 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

By Order dated October 6, 2021, the Court ordered the parties to discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the assigned Magistrate Judge. ECF No. 20. The time for the parties to respond to that Order is extended to **December 17, 2021.**

**SO ORDERED.**

Dated:    New York, New York
            December 3, 2021

                                                John G. Koeltl
                                      United States District Judge