UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DINORAH LOPEZ ESPINAL,

              Plaintiff,

- against -

COMMISSIONER OF SOCIAL SECURITY,

              Defendants.

20-cv-8420 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    By Orders dated October 6, 2021, and December 3, 2021, the Court ordered the parties to discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conduct all further proceedings before the assigned Magistrate Judge. The time for the parties to respond to the Orders is extended to **January 3, 2022**.

SO ORDERED.

Dated:    New York, New York
            December 20, 2021

                                        /s/ John G. Koeltl
                                        John G. Koeltl
                                  United States District Judge