UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DINORAH M. LOPEZ ESPINAL,

        Plaintiff,

- against -

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

20-cv-8420 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The defendant may respond to the plaintiff's objections to Magistrate Judge Jones's report and recommendation by June 24, 2022. The plaintiff may reply by July 8, 2022.

SO ORDERED.

Dated:    New York, New York
            June 6, 2022

                                              John G. Koeltl
                                        United States District Judge