**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DINORAH M.L.E.,

                Plaintiff,                20 **CIVIL** 8420 (JGK)

    -against-                         **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated July 13, 2022, the Court has considered all of the arguments raised by the parties. To the extent not specifically addressed, the arguments are either moot or without merit. Magistrate Judge's thorough R&R is adopted in its entirety, the plaintiff's objections are overruled, the Commissioner's motion for judgment on the pleadings is granted, and the plaintiff's motion is denied; accordingly, the case is closed.

**Dated:**  New York, New York
          July 14, 2022

                                                  **RUBY J. KRAJICK**

                                                      Clerk of Court
                                **BY:**    *K. Mango*
                                                      **Deputy Clerk**